### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LORI ANN S.                          :    CIVIL ACTION
                                     :
     v.                            :    NO.  22-4473
                                     :
FRANK BISAGNANO                      :

### ORDER

**AND NOW**, this 26th day of June 2026, upon careful and independent consideration of the plaintiff's request for review (DI 10), defendant's response (DI 11), plaintiff's reply (DI 12), Judge Carlos's Report and Recommendation (DI 14), plaintiff's objections (DI 15), and for reasons in the accompanying memorandum, it is **ORDERED**:

1.     The Report and Recommendation (DI 14) is **APPROVED** and **ADOPTED**.

2.     Plaintiff's request for review (DI 40) is **DENIED**, and the final order of the Commissioner of Social Security is **AFFIRMED**.

3.     Judgment will be entered by separate order filed contemporaneously with this order.

4.     The Clerk of Court shall **close** this case.

_____
MURPHY, J.